FILE COPY

No. 07-13-00376-CR

| | | |
|---|---|---|
| William Lee McMillan, Jr.<br>  Appellant | §<br>§ | From the 108th District Court<br>  of Potter County |
| v. | § | February 12, 2014 |
| The State of Texas<br>  Appellee | §<br>§<br>§ | Opinion by Justice Hancock |

## J U D G M E N T

Pursuant to the opinion of the Court dated February 12, 2014, it is ordered, adjudged and decreed that this appeal be dismissed for want of jurisdiction.

It is further ordered, adjudged and decreed that appellant pay all costs incurred by reason of this appeal for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o